ON RETURN TO REMAND
On April 4, 1989, we reversed and remanded this case to the trial court with instructions to set aside its order dismissing *Page 652 
appellant's petition for writ of habeas corpus and to grant a hearing on the merits of the petition. A return to our remand was filed by the trial court on May 24, 1989, which discloses that the trial court, with the consent of the parties, remanded the case to the prison disciplinary committee with instructions to give appellant a new prison disciplinary hearing within 30 days. The trial court further ordered that, if the disciplinary hearing was not held within 30 days or within such extended period as may be authorized by the court, the disciplinary proceedings would be expunged from the prison records. The court directed the prison disciplinary committee to conduct the new hearing with due regard to the opinion of this court. This case having been properly disposed of by the trial court, with the approval of the parties, a procedure rendering the issues moot, this appeal is due to be, and it is hereby, dismissed.
OPINION EXTENDED; DISMISSED.
All Judges concur.